PHILLIPS, Appellant, v. TIETJEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Ellen Phillips against Christian F. Tietjen.

PER CURIAM. Order modified by inserting a provision requiring the defendant to pay, as a condition of serving the supplemental answer, the taxable costs and disbursements in the action up to the date of the order, and, as thus modified, the order is affirmed, without costs.

JENKS, J., not voting.

---

PHILLIPSON et al., Appellants, v. GALLAGHER, Respondent. (Supreme Court, Appellate Term. June 26, 1905.) Appeal from City Court of New York, Special Term. Action by Samuel Phillipson and another against Patrick Gallagher. From an order setting aside a verdict for plaintiff and granting a new trial, plaintiffs appeal. Affirmed. Adolph Block, for appellants. Olney & Comstock, for respondent.

SCOTT, P. J. In my opinion the plaintiff failed in sustaining the burden of proof that the break occurred by reason of defendant's negligence. The proof was at least as convincing that it resulted from a latent defect as it was that it resulted from freezing. The order appealed from should be affirmed, with $10 costs and disbursements.

MacLEAN, J., concurs. DUGRO, J., concurs in result.

---

PIKE, Appellant, v. CLUETT et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by James Pike against George B. Cluett and others.

PER CURIAM. Order affirmed, with costs, on the ground that the verdict was against the weight of evidence.

CHASE and HOUGHTON, JJ., dissent.

---

PLATT, Respondent, v. CLARK et al., Appellants. CLARK et al. v. GOODRIDGE et al. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Actions by Tracy W. Platt against William I. Clark and others, and by W. Irving Clark and others, as executors, against Frederick G. Goodridge and others. A. Stickney, for appellants. S. Untermyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

POLIZZI et al., Appellants, v. VOCCOLI, Respondent. (Supreme Court, Appellate Term. June 27, 1905.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Girolamo Polizzi and another against Michele Voccoli. From a judgment for defendant, plaintiffs appeal. Affirmed. Palmieri & Wechs-

ler, for appellants. Witte & Brande, for respondent.

SCOTT, P. J. The plaintiffs' sole authority was to sell the property for $49,000, and was strictly limited to the period of 30 days from September 19, 1904. He did not make the sale within the time or at the price. It is true that he negotiated with the man who afterwards did buy at a less price; but there is evidence that, even before plaintiff's employment, the owner had begun negotiations with the same purchaser. In my opinion the judgment should be affirmed, with costs. Judgment affirmed, with costs.

MacLEAN, J., concurs. DUGRO, J., dissents.

---

POPE v. HECKSCHER et al. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Charles A. Pope against August Heckscher and Freeman G. Goffe. C. P. Northrop, for appellant. C. Oakes, for respondent. No opinion. Reargument ordered.

---

POUCHER, Respondent, v. BROESEL, Appellant, et al. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Edgar E. Poucher against Carl Broesel, impleaded. No opinion. Judgment and order unanimously affirmed, with costs.

---

PRECHT v. HOWARD. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Edward Precht, individually, etc., against Elizabeth S. Howard. E. Miehling, for plaintiff. L. H. Beers, for defendant. No opinion. Reargument ordered.

---

PRESTON, Respondent, v. WILLICH et ux., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Charles M. Preston, as receiver of the New York Building Loan Banking Company against Charles Willich and Helena T. J. Willich, his wife. No opinion. Motion denied.

---

PRIMA, Respondent, v. WISCHERTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Anna Prima, an infant, by her guardian ad litem, against Andrew Wischerth and others. No opinion. Motion denied.

---

PRUYN, Respondent, v. McCREARY, Sheriff, et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Robert C. Pruyn against Edward McCreary, as late sheriff of the county of Albany, Arthur L. Andrews, the Ecuador Company, and Charles C. Black, as receiver thereof.

PER CURIAM. Motion granted, and questions certified as follows: First. Has the Supreme Court jurisdiction of the person of the defendant Charles C. Black, as receiver of the Ecuador Company? Second. Has the Supreme Court jurisdiction of the subject of the action?